IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | CIVIL ACTION NO. 1:16-CV-1035 |
| **Plaintiff** : | |
| : | (Chief Judge Conner) |
| v. : | |
| : | |
| **2008 BMW, 2008 MERCEDES BENZ,** : | |
| **and PSECU BANK CHECK in the** : | |
| **Amount of $58,041.31,** : | |
| **Defendants** : | |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America (Doc. 5), the court finds:

A Verified Complaint against the defendant property was filed on March 31, 2016, which sought forfeiture of the following property:

    a.    a 2008 BMW, Model X5, VIN 5UXFE43518L023080;

    b.    a 2008 Mercedes Benz, Model E350W4, VIN WDBUF87X58B331432; and

    c.    a PSECU bank check in the amount of $58,041.31.

Notice of said forfeiture action and arrest was published for a period of thirty (30) consecutive days on the government's internet forfeiture website. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court within thirty-five (35) days of the execution of the Warrant or within thirty (30) days of final publication of the Notice of Arrest or actual notice of this action, whichever occurred first.

PNC Bank filed a valid claim against the defendant PSECU bank check. Despite proper notice, no other petitions or answers were filed within the requisite period required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

1) Default is hereby entered in favor of the plaintiff, United States of America, and against the defendant property.

2) The Internal Revenue Service shall return the funds represented by the above-described PSECU Bank check to PNC Bank as the rightful owner.

3) All right, title and interest in the above-described 2008 BMW and 2008 Mercedes Benz, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

4) The United States is entitled to its costs herein;

5) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

6) The Clerk is hereby directed to send attested copies of this Order to all counsel of record; and

7) The Clerk shall CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: August 9, 2016